Wallace v. TSI, Inc. ,